# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-482
_____

TIMOTHY THOMAS BEDFORD,
former husband,

    Appellant,

    v.

KATHLEEN JOHNSON BEDFORD
n/k/a KATHLEEN HARRIS, former
wife,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Peter A. Mallory, Judge.

September 30, 2021

PER CURIAM.

    AFFIRMED. *See Gibbs v. Gibbs*, 320 So. 3d 870, 872 (Fla. 1st DCA 2021).

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Carroll L. McCauley, Panama City, for Appellant.

John Y. Roberts of Roberts, Roberts & Roberts, Marianna, for Appellee.